**Leroy STAINBACK, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 67775.**

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 21, 1995.

Douglas R. Hoff, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and CRANDALL and KAROHL, JJ.

*ORDER*

PER CURIAM.

Movant appeals denial of his Rule 24.035 motion for post conviction relief after an evidentiary hearing. The findings and conclusions of the motion court are not clearly erroneous. An extended opinion would have no precedential value. Judgment affirmed in accordance with Rule 84.16(b).